UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDACE COLEMAN,

       Plaintiff,                        Case No.: 2:15-cv-14169

v

LAFONTAINE CADILLAC,               Paul D. Borman
BUICK, GMC, INC.,                       United States District Judge
d/b/a LAFONTAINE USED CAR KING,

       Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL

Upon Stipulation of the parties, and the Court being advised in the premises;

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 41(a), Plaintiff's complaint is dismissed without prejudice and without the assessment of costs or attorney fees.

Dated: SEP 1 6 2016

Paul D. Borman
United States District Court Judge

I stipulate to entry of the above order.

/s/ Adam S. Alexander w/ consent
Adam S. Alexander (P53584)
THE ALEXANDER LAW FIRM
17200 W 10 Mile Rd Ste 200
Southfield, MI 48075-8200
(248) 246-6353
(248) 746-3793 Fax
adam@alexanderfirm.com


/s/ Paul M. Kittinger
R. Carl Lanfear (P43967)
Paul M. Kittinger (P72754)
Attorneys for Defendant
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100
clanfear@cardellilaw.com
pkittinger@cardellilaw.com